UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Emmanuel Adigwu,<br><br>     Plaintiff,<br><br>vs.<br><br>State of Georgia et al,<br><br>     Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-cv-3612-MHC |

## J U D G M E N T

This action having come before the court, Honorable Mark H Cohen, United States District Judge, for consideration of the magistrate judge's report and recommendation and of defendant's motion to dismiss, and the court having adopted the report and recommendation and having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 0t day of August, 2023.

              KEVIN P. WEIMER
              CLERK OF COURT

           By: __s/D. Burkhalter_____
              Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 30, 2023
Kevin P. Weimer
Clerk of Court

By: __s/D. Burkhalter_____
    Deputy Clerk